## DICKERSON CAROLINA, INC. v. HARRELSON

No. 303P94

Case below: 114 N.C.App. 694

Motion by defendant to dismiss the appeal for lack of substantial constitutional question allowed 8 September 1994. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## DODD v. STEELE

No. 285P94

Case below: 114 N.C.App. 632

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## DONOHUE v. CONE MILLS CORP.

No. 323P94

Case below: 115 N.C.App. 397

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## FALLS v. N.C. FARM BUREAU MUT. INS. CO.

No. 200P94

Case below: 114 N.C.App. 203

Petition by defendant (North Carolina Farm Bureau Mutual Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 8 September 1994.

## FLOWERS v. BLACKBEARD SAILING CLUB

No. 383PA94

Case below: 115 N.C.App. 349

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 8 September 1994.